UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JONATHAN PAYTON                                          CIVIL ACTION

VERSUS                                                       NO. 25-1480

INSPIRE BRANDS, ET AL.                              SECTION "R" (2)

## ORDER AND REASONS

Plaintiff Jonathan Payton filed this *pro se* and *in forma pauperis* complaint asserting "official capacity" claims against Defendants Inspire Brands and Buffalo Wild Wings.[1]  On March 20, 2026, Magistrate Judge Currault issued a Report and Recommendation (R&R), recommending that the Court dismiss Plaintiff's case with prejudice as legally frivolous under 28 U.S.C. § 1915(e)(2).[2] Plaintiff did not object to the R&R.  Therefore, the Court reviews the R&R for clear error.  *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

---

[1]      R. Doc. 1.

[2]      R. Doc. 14.

1

The Court finds no clear error.  Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion.  The Court DISMISSES Plaintiff's case WITH PREJUDICE as legally frivolous.


New Orleans, Louisiana, this __16th__ day of April, 2026.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE